IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 96-60341
Summary Calendar
_____


ROBERT MATTHEW BRANDAU,

Plaintiff-Appellant,


versus

JOE PRICE; RICK GASTON, Capt.,

Defendants-Appellees.

_____

Appeal from the United States District Court for the
Southern District of Mississippi
USDC No. 1:95-CV-118-G-R
_____

August 6, 1997
Before JOLLY, BENAVIDES, and PARKER, Circuit Judges.

PER CURIAM:[*]


Robert Matthew Brandau, now a Mississippi prisoner (# 78771A),
appeals the district court's grant of summary judgment in favor of
the appellees in his 42 U.S.C. § 1983 action alleging that the
defendants were deliberately indifferent to his serious medical

[*]Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

needs by depriving him of prescribed psychotropic medication for three days in February 1991.

Given that except for this three-day period, the record shows proper attention to the medical needs of Brandau over an extended period of time, Brandau has not alleged facts that demonstrate unconstitutional conduct on the part of the defendants.

A F F I R M E D.